# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

**JUNE ELLEN MERRYMAN**                                                                                   **PLAINTIFF**

V.                                         **CASE NO. 2:25-CV-2124**

**STATE OF ARKANSAS**                                                                                    **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 5) filed in this case on October 22, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed. The Court undertook a *de novo* review of the Complaint, as the R&R indicated it was "difficult to follow." *Id.* at p. 1. Having reviewed the Complaint, the Court agrees with the Magistrate Judge that the claims asserted are entirely frivolous.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and Plaintiff's Petition for Habeas Corpus Relief is **DISMISSED**. All other pending motions are terminated, and the case is **CLOSED.**

**IT IS SO ORDERED** on this 12th day of November, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE